ORDERED.

Dated: May 18, 2017


Arthur B. Briskman
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

IN RE:                          CASE NO.: 6:14-bk-11318-ABB
                                                        **CHAPTER 13**

**Andy Jones, Jr.,**

    Debtor.

_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

      THIS CASE came on consideration without a hearing on THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2003-KS8's

14-87573 - CaC

("Secured Creditor") Motion for Relief from Stay (Docket No. 36).  No appropriate response has been filed in accordance with Local Rule 2002-4.  Accordingly, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at **13802 VISTA DEL LAGO BOULEVARD, CLERMONT, FL 34711** in Lake County, Florida, and legally described as:

   **LOT 14 OF FIRST ADDITION TO VISTAS, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 30, PAGE (S) 52, 53 AND 54, OF THE PUBLIC RECORDS OF LAKE COUNTY, FLORIDA**.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to exercise any and all *in rem* remedies against the property described above. Secured Creditor shall not seek an in *personam* judgment against Debtor(s).

4. Secured Creditor is further granted relief in order to contact the Debtor(s) by telephone or written correspondence in order to discuss the possibility of a forbearance agreement, loan modification, refinance agreement or loan workout/loss mitigation agreement.

SPACE INTENTIONALLY LEFT BLANK

5. Attorneys' fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay, but are not recoverable from the Debtor(s) or the Debtor(s)' Bankruptcy estate.

### 

Attorney, SHREENA AUGUSTIN, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.